PER CURIAM.
The plaintiff in an action against, inter alia, a state agency and state officers acting in their official capacities seeks review of an order transferring the entire cause[1] to Leon County pursuant to the governmental defendants’ venue privilege to be sued in the county of their headquarters. The only contention presented on appeal[2] is that the “sword wielder” exception to that doctrine applies to this case. We do not agree. Carlife v. Game and Fresh Water Fish Commission, 354 So.2d 362, 365 (Fla.1977).
Affirmed.

. See Schultz v. Brevard County, 431 So.2d 187 (Fla. 5th DCA 1983).

. Because the appellant does not invoke or cite Medina v. Florida Department of Transportation, 426 So.2d 1172 (Fla. 3d DCA 1983); compare Lake County v. Friedel, 387 So.2d 514 (Fla. 5th DCA 1980), we do not discuss the applicability of that decision.